# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2007

131884 & (53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

          SC: 131884
          COA: 259430
          Wayne CC: 04-008198-01

CLINTON DEON CHANDLER, a/k/a CLINTON
HOPSON, a/k/a DION MILLS, a/k/a CLINTON
MILLS, a/k/a DAVID EARL CHANDLER,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 29, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

     KELLY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2007

s0131

_____
Clerk